# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>JOSE DE JESUS GONZALEZ,<br><br>        Defendant. | 8:03CR163<br><br>ORDER |

This matter is before the Court on the Government's Motion to Dismiss, ECF No. 247. The Court has reviewed the record and concludes that, pursuant to Federal Rule of Criminal Procedure 48(a), the charges in the Indictment against Jose De Jesus Gonzalez, a/k/a Chewy will be dismissed, without prejudice.

IT IS ORDERED:

1. The Motion to Dismiss the Indictment, ECF No. 247, is granted; and
2. The Indictment is dismissed, without prejudice, as to Jose De Jesus Gonzalez, a/k/a Chewy.

Dated this 23rd day of October, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge